IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KENNY ROBERTSON,**
    Petitioner,

v.                                             Case No.  3:04cv135/RV/MD

**JAMES R. MCDONOUGH,**[1]
    Respondent.
_____

## ORDER

    Before the court is an amended petition for writ of habeas corpus filed pursuant to Title 28 U.S.C. § 2254 (doc. 13).  Respondent has filed a response (doc. 18) to which petitioner has replied (doc. 23).  The court has determined that an evidentiary hearing is necessary in this case.  The issue to be considered at the hearing will be limited to whether, as petitioner claims, his attorney promised him a 15 year cap if he pleaded guilty or *nolo contendere*, or whether, as discussion at the sentencing hearing suggests, he knowingly pleaded straight up with no guarantee as to the length of sentence.  The hearing will be scheduled by separate notice.  Petitioner's presence shall be obtained by means of a writ of habeas corpus ad testificandum.

    The Office of the Federal Public Defender, 3 West Garden street, Suite 200, Pensacola, Florida 32052, telephone number (850) 432-1418, is appointed to represent the petitioner at the hearing, but not thereafter.

    The Clerk shall provide to the Federal Public Defender copies of documents

---

[1] James R. McDonough succeeded James V. Crosby as Secretary of the Florida Department of Corrections, and is automatically substituted as the respondent.  Fed.R.Civ.P. 25(d)(1).

**13, 18, 23, 27 and 28, including any attachments.**

The Clerk shall change the docket to reflect that James R. McDonough has been substituted as respondent in this cause.

**DONE and ORDERED at Pensacola, Florida this 15th day of September, 2006.**

/s/ *Miles Davis*
    **MILES DAVIS
    UNITED STATES MAGISTRATE JUDGE**