# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**KENNY ROBERTSON,**
        **Petitioner,**

**v.**                                                    **Case No.:  3:04cv135/RV/MD**

**JAMES MCDONOUGH,**
        **Respondent.**

_____

## ORDER

An evidentiary hearing will be conducted on Wednesday, November 15, 2006 at 9:00 a.m. in Pensacola, Florida.  This hearing shall be limited to whether, as petitioner claims, his attorney promised him a 15 year cap if he pleaded guilty or *nolo contendere*, or whether, as discussion at the sentencing hearing suggests, he knowingly pleaded straight up with no guarantee as to the length of sentence.  The Federal Public Defender was previously appointed to represent defendant at this hearing.

DONE AND ORDERED this 18th day of September, 2006.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**