IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KENNY ROBERTSON,**
    Petitioner,

vs.                                                                       CASE NO.: 3:04cv135/RV/MD

**JAMES R. MCDONOUGH,**
    Respondent.
_____

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 22, 2007. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The amended petition for writ of habeas corpus (doc. 13), challenging the conviction and sentence in the case of _State of Florida v. Kenny Robertson a/k/a Pit Robertson_, in the Circuit Court of Escambia County, Florida, case numbers 01-1186, 01-1187, 01-1188, 01-1214, 01-1971, 01-1972, and 01-1973 are DENIED, this cause is DISMISSED and the clerk is directed to close the file.

    DONE AND ORDERED this 21st day of June, 2007.

                                                /s/ Roger Vinson
                                              ROGER VINSON
                                              SENIOR UNITED STATES DISTRICT JUDGE